### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

Brock Weast                                                                                        **PLAINTIFF**

**VS.**                             **CASE NO.**   3:15-cv-00018 DPM/BD

Versant Supply Chain Inc et al                                                      **DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this   20   day of   January  , 20 15 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: /s/ Jake A. Kornegay
Deputy Clerk