IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BROCK WEAST                                                                         PLAINTIFF

v.                            3:15-cv-18-DPM

VERSANT SUPPLY CHAIN INC;
and ROBERT BOSCH TOOL CORPORATION                    DEFENDANTS

ORDER

I recuse because Mr. Parkey and Mr. Waddell, defendants' lawyers, are on my recusal list. The Clerk shall reassign this case at random by chip exchange.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 January 2015