# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BROCK WEAST**                                                                                      **PLAINTIFF**

**V.**                                               **3:15CV00018 JM**

**ROBERT BOSCH TOOL CORP. and**
**VERSANT**                                                                                         **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Pending is Plaintiff's motion to voluntarily dismiss Separate Defendant Robert Bosch Tool Corp. (Docket #35). For good cause shown, the motion is GRANTED. Plaintiff's claims against Separate Defendant Robert Bosch Tool Corp are hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2015.

_____
James M. Moody Jr.
United States District Judge