# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BROCK WEAST**                                                       **PLAINTIFF**

**VS.**                           **NO. 3:15CV0018 JM**

**VERSANT SUPPLY CHAIN, INC.**                        **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to dismiss. (Docket # 46). For good cause shown, Plaintiff's case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of April, 2017.

_____
James M. Moody Jr.
United States District Judge